IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00268-WYD-MJW

MICHAEL AND LUISA GREGG,

    Plaintiff,

v.

LAW OFFICE OF WYN T. TAYLOR,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On April 2, 2015, the Plaintiffs filed a Notice of Settlement (ECF No. 10) indicating that this matter has settled.  Accordingly, Defendant's Motion for Summary Judgment and Motion to Dismiss (ECF No. 9) is **DENIED WITHOUT PREJUDICE.**  The parties shall file appropriate dismissal documents with the Court not later than **Monday, May 25, 2015.**

    Dated:  April 2, 2015