# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00268-WYD-MJW

MICHAEL AND LUISA GREGG,

    Plaintiffs,

v.

LAW OFFICE OF WYN T. TAYLOR,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal (ECF No. 13). After a careful review of the stipulation, I find that it should be approved pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, all claims asserted in this case are hereby dismissed, and this matter is **DISMISSED WITH PREJUDICE**.

Dated: May 26, 2015

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge